IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:17cv661-MHT (WO) |
| JIMMY EDWARD BROWN, JR., | ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (doc. no. 21), it is ORDERED that this lawsuit is dismissed without prejudice.

This case is closed.

DONE, this the 16th day of May, 2018.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**